IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                NO.: 04-20140-04 MI

KENNETH KENARD BROWN,

    Defendant.

## ORDER ON MOTION TO WITHDRAW

**IT APPEARING TO THE COURT**, for good cause shown, that Eugene A. Laurenzi, Attorney at Law shall be allowed to withdraw as counsel for the Defendant in the above referenced cause.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED this 12 day of Aug, 2005.

_____
JUDGE

Aug. 12, 2005
_____
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 227 in case 2:04-CR-20140 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT